64083. WALKER v. THE STATE.

SOGNIER, Judge.

Appellant was found guilty of two counts of simple battery in a bench trial. He filed this appeal pro se; however, there is no transcript of the trial, no transcript prepared by recollection and no stipulation of facts as authorized by Code Ann. §§ 6-805 (g) and (i).

"There is a presumption, in the absence of a showing to the contrary, that a public official, including a trial judge, performed faithfully and lawfully the duties devolving upon him by law. [Cit.] And, an appeal with enumerations of error dependent upon consideration of evidence heard by the trial court, will — absent a transcript, be affirmed. [Cit.]." *Curry v. State,* 148 Ga. App. 59 (251 SE2d 86) (1978); *Walker v. State,* 153 Ga. App. 831 (266 SE2d 580) (1980).

We have, however, examined the record carefully and find no errors of law.

*Judgment affirmed. Deen, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 13, 1982 —
REHEARING DENIED OCTOBER 4, 1982 —

*Willie C. Walker, pro se.*

*Hinson McAuliffe, Solicitor General, Paul C. McCommon III, Assistant Solicitor,* for appellee.